# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-467-567

**Effective Date of Registration:**
June 12, 2025
**Registration Decision Date:**
November 24, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Hedgehogs of the World |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | July 30, 2018 |
| **Nation of 1st Publication:** | India |

## Author

| | |
|---|---|
| • **Author:** | Rohan Chakravarty |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | India |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Rohan Chakravarty |
| | 46 Surana Layout, Anant Nagar, Nagpur, 440013, India |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Rohan Chakravarty |
| **Email:** | rohanchakcartoonist@gmail.com |
| **Address:** | 46 Surana Layout, Anant Nagar Nagpur 440013 India |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | June 12, 2025 |
| **Applicant's Tracking Number:** | RC2025061104 |



# HEDGEHOGS OF THE WORLD



### North-African




### South-African




### Four-toed




### Somali



### Northern White-breasted




### Southern White-breasted




### European




### Amur




### Long-eared




### Collared




### Daurian




### Hugh's




### Desert




### Brandt's




### Indian




### Madras




# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-467-555

**Effective Date of Registration:**
June 12, 2025
**Registration Decision Date:**
November 24, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Baleen Whales |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | June 07, 2017 |
| **Nation of 1st Publication:** | India |

## Author

| | |
|---|---|
| • **Author:** | Rohan Chakravarty |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | India |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Rohan Chakravarty |
| | 46 Surana Layout, Anant Nagar, Nagpur, 440013, India |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Rohan Chakravarty |
| **Email:** | rohanchakcartoonist@gmail.com |
| **Address:** | 46 Surana Layout, Anant Nagar |
| | Nagpur 440013 India |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | June 12, 2025 |
| **Applicant's Tracking Number:** | RC2025061101 |

**Correspondence:**   Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-467-552

**Effective Date of Registration:**
June 12, 2025
**Registration Decision Date:**
November 24, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Penguins of the World |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | April 24, 2018 |
| **Nation of 1st Publication:** | India |

## Author

| | |
|---|---|
| • **Author:** | Rohan Chakravarty |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | India |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Rohan Chakravarty |
| | 46 Surana Layout, Anant Nagar, Nagpur, 440013, India |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Rohan Chakravarty |
| **Email:** | rohanchakcartoonist@gmail.com |
| **Address:** | 46 Surana Layout, Anant Nagar |
| | Nagpur 440013 India |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | June 12, 2025 |
| **Applicant's Tracking Number:** | RC2025061106 |

Page 1 of 2

**Correspondence:** Yes

Penguins of the World

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-467-561

**Effective Date of Registration:**
June 12, 2025
**Registration Decision Date:**
November 24, 2025

---

## Title
 

    **Title of Work:**  Otters of the World

## Completion/Publication
 

    **Year of Completion:**  2017
    **Date of 1st Publication:**  April 02, 2017
    **Nation of 1st Publication:**  India

## Author
 

    •   **Author:**  Rohan Chakravarty
    **Author Created:**  2-D artwork
    **Citizen of:**  India

## Copyright Claimant
 

    **Copyright Claimant:**  Rohan Chakravarty
    46 Surana Layout, Anant Nagar, Nagpur, 440013, India

## Rights and Permissions
 

    **Name:**  Rohan Chakravarty
    **Email:**  rohanchakcartoonist@gmail.com
    **Address:**  46 Surana Layout, Anant Nagar
    Nagpur 440013 India

## Certification
 

    **Name:**  David Denholm
    **Date:**  June 12, 2025
    **Applicant's Tracking Number:**  RC2025061105

**Correspondence:**    Yes



OTTERS OF THE WORLD

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-467-565

**Effective Date of Registration:**
June 12, 2025
**Registration Decision Date:**
November 24, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Crocodilians of the World |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | September 04, 2019 |
| **Nation of 1st Publication:** | India |

## Author

| | |
|---|---|
| • **Author:** | Rohan Chakravarty |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | India |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Rohan Chakravarty |
| | 46 Surana Layout, Anant Nagar, Nagpur, 440013, India |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Rohan Chakravarty |
| **Email:** | rohanchakcartoonist@gmail.com |
| **Address:** | 46 Surana Layout, Anant Nagar |
| | Nagpur 440013 India |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | June 12, 2025 |
| **Applicant's Tracking Number:** | RC2025061102 |

Page 1 of 2

**Correspondence:** Yes



# CROCODILIANS OF THE WORLD

• critically endangered   • vulnerable   • conservation-dependent   • least concern

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-467-546

**Effective Date of Registration:**
June 12, 2025
**Registration Decision Date:**
November 24, 2025

---

## Title
 

        **Title of Work:**  Rhinos

## Completion/Publication
 

        **Year of Completion:**  2019
     **Date of 1st Publication:**  December 13, 2019
  **Nation of 1st Publication:**  India

## Author
 

      •       **Author:**  Rohan Chakravarty
      **Author Created:**  2-D artwork
         **Citizen of:**  India

## Copyright Claimant
 

      **Copyright Claimant:**  Rohan Chakravarty
                       46 Surana Layout, Anant Nagar, Nagpur, 440013, India

## Rights and Permissions
 

               **Name:**  Rohan Chakravarty
              **Email:**  rohanchakcartoonist@gmail.com
           **Address:**  46 Surana Layout, Anant Nagar
                       Nagpur 440013 India

## Certification
 

               **Name:**  David Denholm
                **Date:**  June 12, 2025
  **Applicant's Tracking Number:**  RC2025061108

**Correspondence:**   Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-467-547

**Effective Date of Registration:**
June 12, 2025
**Registration Decision Date:**
November 24, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Pinnipeds of the World |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Date of 1st Publication:** | June 08, 2021 |
| **Nation of 1st Publication:** | India |

## Author

| | |
|---|---|
| **Author:** | Rohan Chakravarty |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | India |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Rohan Chakravarty |
| | 46 Surana Layout, Anant Nagar, Nagpur, 440013, India |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Rohan Chakravarty |
| **Email:** | rohanchakcartoonist@gmail.com |
| **Address:** | 46 Surana Layout, Anant Nagar Nagpur 440013 India |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | June 12, 2025 |
| **Applicant's Tracking Number:** | RC2025061107 |

**Correspondence:**   Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-467-544

**Effective Date of Registration:**
June 12, 2025
**Registration Decision Date:**
November 24, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Wild Cats of the World |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | December 02, 2017 |
| **Nation of 1st Publication:** | India |

## Author

| | |
|---|---|
| • **Author:** | Rohan Chakravarty |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | India |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Rohan Chakravarty<br>46 Surana Layout, Anant Nagar, Nagpur, 440013, India |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Rohan Chakravarty |
| **Email:** | rohanchakcartoonist@gmail.com |
| **Address:** | 46 Surana Layout, Anant Nagar<br>Nagpur 440013 India |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | June 12, 2025 |
| **Applicant's Tracking Number:** | RC2025061109 |

Page 1 of 2

**Correspondence:** Yes

# WILD CATS OF THE WORLD



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-467-558

**Effective Date of Registration:**
June 12, 2025
**Registration Decision Date:**
November 24, 2025

## Title

|  |  |
|---|---|
| **Title of Work:** | Hammerhead Sharks of the World |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | June 19, 2017 |
| **Nation of 1st Publication:** | India |

## Author

|  |  |
|---|---|
| • **Author:** | Rohan Chakravarty |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | India |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Rohan Chakravarty |
|  | 46 Surana Layout, Anant Nagar, Nagpur, 440013, India |

## Rights and Permissions

|  |  |
|---|---|
| **Name:** | Rohan Chakravarty |
| **Email:** | rohanchakcartoonist@gmail.com |
| **Address:** | 46 Surana Layout, Anant Nagar |
|  | Nagpur 440013 India |

## Certification

|  |  |
|---|---|
| **Name:** | David Denholm |
| **Date:** | June 12, 2025 |
| **Applicant's Tracking Number:** | RC2025061103 |

**Correspondence:**   Yes

